UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RUELAS-HERRERA,<br><br>Defendant. | CASE NO.: 21-CR-2740-TWR<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for October 29, 2021, at 1:30 p.m., be continued to December 3, 2021, at 1:30 p.m.  The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: 10/13/2021

*[signature]*

**HONORABLE TODD W. ROBINSON**
UNITED STATES DISTRICT JUDGE